# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. SANDOVAL,<br><br>Defendant. | Case No. 2:19-cr-234-GMN-VCF<br><br>**ORDER EXTENDING SELF-SURRENDER DATE** |

The Court, having reviewed and considered Defendant's Motion to Extend Date for Self-Surrender, (ECF No. 17), there being no objection thereto and good cause appearing, **GRANTS** Defendant's request for an extension of the self-surrender date currently scheduled for May 1, 2020:

**IT IS HEREBY ORDERED** that the date set for Defendant, Michael Sandoval, to self-surrender to the Board of Prisons is extended. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on July 1, 2020.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Order to the United States Marshals Service and United States Pretrial Services Office.

Dated this __14__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT