Form 12 - Travel
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

Name of Offender: **Michael A Sandoval**

Case Number: **2:19CR00234**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **January 30, 2020**

Original Offense: **Tax Evasion; Aiding and Assisting in the Preparation and Filing of a False Tax Return; and Making and Subscribing a False Tax Return**

Original Sentence: **40 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 11, 2022**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

**SUMMARY**

On January 30, 2020, Michael A. Sandoval was sentenced to a term of 40 months imprisonment followed by three (3) years of supervised release for committing the offenses of Tax Evasion; Aiding and Assisting in the Preparation and Filing of a False Tax Return; and Making and Subscribing a False Tax Return. On August 11, 2022, Sandoval commenced his supervised release term in the District of Nevada.

Sandoval is requesting to travel to Spain on April 28, 2024, returning on May 8, 2024, to celebrate his anniversary with his wife. Sandoval plans to travel with his wife via flight to Madrid, Spain on April 28, 2024. He intends to remain in Madrid until May 3, 2024. During their stay in Madrid, the couple plan to stay at the Ibis Madrid Alcorcon Tresaguas Avenida San Martin de Valdeiglesias, located at 4 Alcorcon Madrid 28920. From Madrid, the couple will travel via flight to Barcelona, Spain on May 3, 2024, and will remain there until May 8, 2024. During their stay in Barcelona, the couple will stay at Ibis Barcelona Ripoliet Can Masachs located at 18-20 Ripollet 08291. Sandoval has relayed that his family paid for the couple's flights as an anniversary gift. Additionally, he relayed that his wife will be supplementing the final expenses for their trip from the bonus she received from her employer which will be about $2,000.00. Sandoval is currently in compliance with his conditions of supervision and is being

RE: Michael A Sandoval

Form 12 - Travel
D/NV Form
Rev. June 2014

monitored on the low-risk caseload. Sandoval is aware that if the Court does not authorize his travel, he must remain in the United States.

At this time our office is not opposed to Sandoval's international travel request given his compliance. Additionally, our office respectfully requests the approval of the Court for Sandoval to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

*BrianaCasey*
Digitally signed by Briana Casey
Date: 2024.04.01 06:31:40 -07'00'

Briana Casey
United States Probation Officer

Approved:

*Joy gek*
Digitally signed by Joy Gabonia
Date: 2024.03.30 16:14:18 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☒ Requested Travel is Approved

☐ Requested Travel is Denied

☐ Other

_____
Signature of Judicial Officer

April 1, 2024
Date